1  WILLIAM J. FRIMEL (Bar No. 160287)
   bill@hsfllp.com
2  **Heffernan Seubert & French**
   1075 Curtis Street
3  Menlo Park, CA 94025
   Tel: 650.322.3048
4  Fax: 650.322.2976

5  Attorneys for Defendant,
   Roger Snell

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENT HUTCHINGS, an individual; WILLIAM WILSON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SNELL & CO., LLC, a California Limited Liability Company; ROGER SNELL, an individual, <br><br> Defendants. | CASE NO. 3:09-CV-4680 <br><br> **NOTICE OF MOVING HEARING DATE FOR DEFENDANT ROGER SNELL'S MOTION FOR RELIEF FROM ENTRY OF DEFAULT** <br><br> **NEW Date:** April 23, 2010 <br> **Time:** 9:30 a.m. <br> **Dept.:** Courtroom A, 15th Floor <br> **Judge:** Hon. Joseph Spero |

Pursuant to Local Rule 7.7(a) and the terms of the stipulation between counsel attached hereto, defendant Roger Snell hereby gives notice that the Motion for Relief from Default currently set for Friday, April 16, 2010 at 9:30 am to Friday, is re-noticed to April 23, 2010 at 9:30 am..

Dated: March 23, 2010                **HEFFERNAN SEUBERT & FRENCH**


                                     By  /s/ William J. Frimel
                                     WILLIAM J. FRIMEL
                                     Attorneys for Defendant Roger Snell

-1-

HEFFERNAN SEUBERT & FRENCH, LLP

NOTICE OF MOVING HEARING DATE FOR DEFENDANT ROGER SNELL'S
MOTION FOR RELIEF FROM DEFAULT / CASE NO.: C09 04680

Mark V. Boennighausen, Esq.(SB# 142147)
LAW OFFICES OF STEVEN A. ELLENBERG
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503
E-mail: mark@ellenberglawoffices.com

Attorneys for Plaintiffs
BRENT HUTCHINGS and
WILLIAM R. WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BRENT HUTCHINGS, an individual and resident of the State of Oregon; WILLIAM R. WILSON, an individual and resident of the State of Pennsylvania, Plaintiffs, vs. SNELL & CO., LLC, a California Limited Liability company, ROGER SNELL, resident of state of California Defendants. | Case No. C09-04680 JCS<br><br>STIPULATION REGRADING MOVING HEARING DATE FOR DEFENDANT ROGER SNELL'S MOTION FOR RELIEF FROM DEFAULT TO APRIL 23, 2010 |
|---|---|

Plaintiffs Brent Hutchings and William R. Wilson ("plaintiffs") by and through their attorney of record and defendant Roger Snell by and through his attorney of record hereby stipulate as follows:

(1) The hearing date for defendant Snell's Motion for Relief from Default ("Motion") will be moved pursuant to Local Rule of Court 7.7(a) from Friday, April 16, 2010 to Friday, April 23, 2010 at 9:30 am;

STIPULATION TO MOVE HEARING DATE

1

(2) Plaintiffs will file their opposition to the Motion on or before Friday, March 26, 2010; and

(3) Defendant Snell will file his Reply, if any, on or before April 2, 2010.

SO STIPULATED

LAW OFFICES OF
STEVEN A. ELLENBERG

By: _____
Mark V. Boennighausen

Counsel for Plaintiffs

Dated: March 23, 2010

HEFFERNAN SEUBERT & FRENCH

By: _____
William Frimel

Counsel for Defendant Roger Snell

Dated: March 23, 2010

Dated: 3/24/10

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO MOVE HEARING DATE

2