UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BRENT HUTCHINGS, et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>SNELL & CO., et al.,<br>　　　　Defendants.<br>_____/ | No. C 09-4680 JSW<br><br>**ORDER GRANTING REQUEST FOR PLAINTIFF WILLIAM WILSON TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:　　October 20, 2010<br>Mediator:　John DiNapoli |

　　　IT IS HEREBY ORDERED that the request for plaintiff William Wilson to be excused from personally attending the October 20, 2010 mediation session before John DiNapoli is GRANTED. Mr. Wilson shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

October 12, 2010　　　　　　　By:　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California