Mark V. Boennighausen, Esq.(SB# 142147)
LAW OFFICES OF STEVEN A. ELLENBERG
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503
E-mail: mark@ellenberglawoffices.com

Attorneys for Plaintiffs
BRENT HUTCHINGS and
WILLIAM R. WILSON


WILLIAM J. FRIMEL (SB NO. 160287)
bill@hsflip.com
Heffernan Seubert & French
1075 Curtis Street
Menlo Park, CA 94025
Tel: 650-322-3048
Fax: 650.322.2976

Attorneys for Defendant
ROGER SNELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENT HUTCHINGS, an individual and resident of the State of Oregon; WILLIAM R. WILSON, an individual and resident of the State of Pennsylvania,<br><br>Plaintiffs,<br><br>vs.<br><br>SNELL & CO., LLC, a California Limited Liability company, ROGER SNELL, resident of state of California<br><br>Defendants. | Case No. C09-04680 JSW<br><br>**JOINT MOTION TO EXTEND TIME TO COMPLETE MEDIATION AND MODIFY PRE-TRIAL DATES AT NOVEMBER 12, 2010 STATUS CONFERENCE**<br>**[PROPOSED ORDER]**<br><br>**Judge: Honorable Jeffrey White** |

Pursuant to Local Rule 7-12 and ADR Local Rule 6-5, Plaintiffs Brent Hutchings and William R. Wilson ("plaintiffs") by and through their attorney of record and defendant Roger Snell by and through his attorney of record hereby stipulate and jointly request that the time to complete the mediation in this matter be extended and that the pre-

Joint Motion to Extend Time To Complete Mediation          1

1 | trial dates set in the Court's August 24, 2010 pre-trial order be modified as the Court deems
2 | appropriate at the November 12, 2010 Further Case Management Conference.

3       The parties jointly make this request based on the following facts:

4       1) Plaintiff William R Wilson is 83-years old and resides in Malvern, Pennsylvania.
5 Mr. Wilson has some significant ongoing health issues which, if the Court requests,
6 plaintiffs' counsel will provide more information in a confidential manner.

7       2) The parties agreed to an October 20, 2010 mediation date before court appointed
8 mediator John DiNapoli, Esq., to take place at his offices in San Jose, California.

9       3) The Court's August 24, 2010 pre-trial order required that the mediation take place
10 by October 21, 2010, if possible.

11       4) Because of his age, health issues and place of residence, Mr. Wilson requested
12 permission to participate in the mediation by telephone pursuant to ADR Local Rule 6-
13 10(f). Magistrate Judge LaPorte granted this request. (Docket Document No. 48).

14       5) On the evening of October 13, 2010, plaintiff's counsel learned that Mr. Wilson's
15 health issues required him to have surgery on October 15, 2010 and thus he will not be
16 able to participate in the mediation or otherwise actively participate in this case until after
17 he recovers. Plaintiff's counsel will not know Mr. Wilson's likely recovery time until after
18 the surgery takes place.

19       6) As explained at the initial case management conference, both plaintiffs' counsel
20 and defense counsel and their clients believe that this case should be mediated prior to
21 extensive pre-trial discovery costs are incurred and they suggested the pre-trial schedule
22 based on completing a mediation prior to such costs being incurred.

23       7) The parties' counsel will have more information to report on the status of
24 rescheduling a mediation and proposed modification of pre-trial dates at the November 12,
25 2010 status conference.

26 /////
27 /////
28 /////

Joint Motion to Extend Time To Complete Mediation    2

Based on the foregoing, the parties respectfully request that the Court extend the deadline to complete the mediation until November 30, 2010, or as otherwise modified at the November 12, 2010 status conference.

Dated: October 14, 2010

| Law Offices of Steven A. Ellenberg | Heffernan Seubert & French |
|---|---|
| By: *s/s Mark V. Boennighausen* | By *Authorized by e-mail to file on his behalf.* |
| Mark V. Boennighausen | William Frimel |
| Counsel for Plaintiffs | Counsel for Defendant Roger Snell |

**ORDER**

Good cause having been shown, the Court grants the parties request to extend the time to complete the mediation until November 30, 2010, or as otherwise modified at the November 12, 2010 status conference.

IT IS SO ORDERED

Dated: October 18, 2010

_____
U.S. District Court Judge

Joint Motion to Extend Time To Complete Mediation 3