Mark V. Boennighausen, Esq.(SB# 142147)
LAW OFFICES OF STEVEN A. ELLENBERG
125 South Market Street, Suite 1001
San Jose, CA  95113
Telephone:    (408) 998-8500
Facsimile:     (408) 998-8503
E-mail: mark@ellenberglawoffices.com

Attorneys for Plaintiffs
BRENT HUTCHINGS and
WILLIAM R. WILSON


WILLIAM J. FRIMEL (SB NO. 160287)
bill@hsflip.com
Heffernan Seubert & French LLP
1075 Curtis Street
Menlo Park, CA 94025
Tel: 650-322-3048
Fax: 650.322.2976

Attorneys for Defendant
ROGER SNELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENT HUTCHINGS, an individual and resident of the State of Oregon; WILLIAM R. WILSON, an individual and resident of the State of Pennsylvania,<br><br>                                Plaintiffs,<br><br>vs.<br><br>SNELL & CO., LLC, a California Limited Liability company, ROGER SNELL, resident of state of California<br>                                Defendants. | Case No.  C09-04680 JSW<br><br>**REVISED STIPULATION TO MOVE PREVIOUS CASE MANAGEMENT DATES**<br>**[PROPOSED ORDER]**<br><br><br>**Judge:  Honorable Jeffrey White** |

Consistent with the parties recent Joint Case Management Statement, Plaintiffs Brent Hutchings and William R. Wilson  ("plaintiffs") by and through their attorney of record and defendant Roger Snell by and through his attorney of record hereby stipulate and jointly request that the current case management dates be modified as set forth below. This is a slight revision to earlier stipulation filed, changing the dispositive motion date slightly. If the Court agrees with

STIPULATION TO MOVE CASE MANAGMENT DATES                                           1

these changes, the parties request that the Case Management Conference set for Friday November 12, 2010 be taken off calendar.

| Deadline | Old Date | New Date |
|---|---|---|
| ADR to be complete | October 21, 2010 | February 18, 2011 |
| Close of Fact Discovery | December 27, 2010 | April 27, 2011 |
| Last Day for expert Disclosures | January 11, 2011 | May 11, 2011 |
| Hearing on Dispositive Motions (if any) | February 25, 2011 9:00 am | ~~July 29~~, 2011, 9:00 am July 8 |
| Pre-Trial Conference | May 9, 2011, 2:00 pm | ~~September 9~~, 2011, 2:00 pm September 6 |
| Jury Trial | May 31, 2011 8:00 am | September 26, 2011, 8:00 am. |

Dated: November 9, 2010

Law Offices of Steven A. Ellenberg          Heffernan Seubert & French, LLP

By: [signature]                                            *Authorized to file by e-mail*
Mark V. Boennighausen                      By: _____
Counsel for Plaintiffs                              William Frimel
                                                              Counsel for Defendant, Roger Snell

**ORDER**

Good cause having been shown, the Court adopts the new case management dates ~~as set forth above~~ above as modified. In light of these new dates, the Court cancels the November 12, 2010 Case Management Conference.

IT IS SO ORDERED

Dated: November 9, 2010

[signature: Jeffrey S. White]
U.S. District Court Judge

STIPULATION TO MOVE CASE MANAGMENT DATES                                    2